IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED

FEB - 4 2011

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

_DE'MARIO Q DRIVER_ ,

Prison ID # _H17678_

_____ ,

Prison ID # _____

_____ ,

Prison ID # _____

Plaintiff(s)

[LIST THE NAMES OF ALL
PLAINTIFFS FILING THIS
LAWSUIT; DO NOT USE
"ET AL"]

vs.

_T.D.O.C. - SPND - C/o Howell -_ ,

_C/o McCord - SGT HONOR -_ ,

_DQD_
~~Joshua Grandeccon # 368852~~ ,

Defendant(s)

[LIST THE NAMES OF ALL
DEFENDANTS AGAINST
WHOM YOU ARE FILING
THIS LAWSUIT; DO NOT
USE "ET AL"]

] SGT. JoHnson
]
] SGT. McGEE
]
] CPL. TODD
]
] C.C.O. CORMen
]
] C/o. DAVIS
]
] C/o. ASHTON
]
] L.T. SCOTT
]
] CPL. Gibson
]
] Deputy Warden Ms. Jonhnson
]
]
] CIVIL ACTION NO.: _____
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]

IF YOU NEED MORE SPACE TO LIST OTHER PLAINTIFF AND/OR
DEFENDANTS, SO INDICATE AND ATTACH A SEPARATE SHEET OF PAPER.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
UNDER 42 U.S.C. § 1983

1

I.    PREVIOUS LAWSUITS

    A.    Have you or any of the other plaintiffs listed above filed any other lawsuits in the United States District Court for the Middle District of Tennessee and/or any other state or federal court?

        Yes _____       No ___X____

    B.    If you answered YES to Question A, list the following information:
[ If you have filed more than one lawsuit, list the additional lawsuits on another sheet of paper, using the same outline as below. ]

        1.    Parties to previous lawsuit:

            Plaintiffs:    _____not Applicable_____

            _____

            Defendants:    _____not Applicable_____

            _____

        2.    In what Court did you file the previous lawsuit?

            _____not Applicable_____
            (If Federal Court, name the District; if State Court, name the county.)

        3.    Case Number of the previous lawsuit:    _____not applicable_____

        4.    Name    of    the    Judge    to    whom    the    case    was    assigned:
            _____not applicable_____

        5.    When did you file the previous lawsuit?

            _____not applicable_____    (Indicate the year if you do not know the exact month or day.)

        6.    What was the disposition or result of the previous lawsuit?  (for example, was it dismissed, appealed, or still pending?)

            _____none, first time lawsuit_____

        7.    When was the previous lawsuit decided by the Court?

            _____not applicable_____    (Indicate the year if you do not know the exact month or day.)

2

8. Did the previous lawsuit involve the same facts or circumstances that you are alleging in the lawsuit you are now submitting?

Yes _____          No ___X_____

II.    PLACE OF PLAINTIFF(S) CURRENT CONFINEMENT:

A. Name the prison or jail in which you are currently incarcerated:

_____ _S.P.N.D_ _____

B. Are the facts of your lawsuit related to your confinement in your present prison or jail?

Yes ___X_____          No _____

C. If you answered NO to Question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

_____ _not applicable_ _____

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State prison?

Yes ___X_____          No _____

E. If you answered YES to Question D, did you present these facts to the prison authorities through the state prisoner grievance procedure?

Yes ___X_____          No _____

F. If you answered YES to Question E:

1. What steps did you take: _Wrote Grievance about the situation_
   _that took Place on the 26TH of OCT 2010._

2. What was the result: _Grievance board Agreed with my Requested_
   _Solution, but Internal Affairs never came to speak with me._

G. If you answered NO to Question E, explain why not:

_____ _not applicable_ _____

_____

3

III.    PARTIES TO THIS LAWSUIT

    A.  Plaintiff(s) bringing this lawsuit:

       1.  Name of First Plaintiff: __DEMARIO Q DRIVER__

          Prison ID Number of First Plaintiff: __417678__
                                      S.P.N-D
          Address of First Plaintiff: __7575 COCKRill BEND Blvd. NASHville,__

          __TN, 37209__
                    (Include name of institution and mailing address)

       2.  Name of Second Plaintiff: _____*not applicable*_____

          Prison ID Number of Second Plaintiff: ____*not applicable*____

          Address of Second Plaintiff: _____*not applicable*_____

                    (Include name of institution and mailing address)

       3.  Name of Third Plaintiff: _____*not applicable*_____

          Prison ID Number of Third Plaintiff: ___*not applicable*___

          Address of Third Plaintiff: _____*not applicable*_____

                    (Include name of institution and mailing address)

IF THERE ARE MORE THAN THREE PLAINTIFF, LIST THEIR NAMES, PRISON
IDENTIFICATION NUMBERS AND ADDRESSES BELOW OR ON AN ATTACHED
SHEET OF PAPER.

OF 2

B. Defendants Against Whom You Are Filing This Lawsuit:

1. Name of First Defendant:  T·D·O·C

   Place of Employment of First Defendant:  S·P·N·D

   Address of First Defendant: 7575 Cockrill Bend Blvd. NASHVille TN, 37209

2. Name of Second Defendant: Lois. M. Deberry special needs facility

   Place of Employment of Second Defendant: _____

   Address of Second Defendant: 7575 Cockrill Bend Blvd, NASHVille TN 37209

3. Name of Third Defendant: C/o Howell

   Place of Employment of Third Defendant: S.P.N.D

   Address of Third Defendant: 7575 Cockrill Bend Blvd. NASHille TN 37209

   Named in official capacity?     X YES     ___ NO
   Named in individual capacity?   ___ YES   X NO

IF YOU ARE BRINGING THIS LAWSUIT AGAINST MORE THAN THREE DEFENDANTS, YOU MUST LIST EACH DEFENDANT'S NAME, PLACE OF EMPLOYMENT, AND ADDRESS BELOW OR ON AN ATTACHED SHEET OF PAPER.

IF YOU DO NOT LIST EACH DEFENDANT'S NAME, ANY SUCH DEFENDANT WILL NOT BE INCLUDED IN YOU LAWSUIT; IF YOU DO NOT LIST EACH DEFENDANT'S NAME, PLACE OF EMPLOYMENT AND ADDRESS, THE CLERK WILL NOT BE ABLE TO SERVE ANY SUCH DEFENDANT.



4. name of fouth Defendant: SGT. HOllAR

    Place of employment of fouth Defendant: SPND

    Address of fouth Defendant: 7575 COCKRill BeND Blvd. NASHVIllE TN, 37209

5. name of fith Defendant: C/o Mc Cord

    Place of employment of fith Defendant: S·P-N·D

    Address of fith Defendant: 7575 COCKRill BeNd Blvd. NASHVille, TN. 37209

~~DQD~~
~~6. name of b 5th sixth Defendant: Joshua Granderson~~

    ~~Place of employment of sixth Defendant: N/A~~

    ~~Address of sixth Defendant: 7575 Cockrill Bend Blvd Nashville, TN 37209~~

**5**

IV.    STATEMENT OF YOUR CLAIM

State as briefly as possible the <u>facts</u> of your case. Recite the dates when any incidents or events occurred, and the places where such incidents or events took place. Describe how each defendant is involved. Also include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set each claim forth in a separate paragraph:

On Oct. 26TH 2010, around 9:15am, I was assaulted by inmate Joshua Granderson #368852, he is on a lower custody level, I am a max inmate, well on the 26TH of Oct 2010, I was took out side for rec by C/o McCord and C/o Howell. on the way out side I seen SGT. Hollar, and asked if I could speak with him, he said let's go out side once we were out side, I seen Mr. Granderson, I told the to pod officers to take him in because he was going to hit me with human feces, and that we had ~~poop~~ problems in the past, But the pod officers did not listen to me, instead they took in someone else, so when SGT. Hollar, and the pod officers went in, I was assaulted and hit with human feces, I was brought in by officers, I asked to speak with medical nurse, But nurse never came to see me, she put me on sick call to see Medical DR Seaborn, I was placed in the shower, I was told that they wrote the inmate up, but one of the SGT. said ~~that~~ he could <sup>not</sup> be wrote up, because there were no witness I filled out Grievance form on the 26TH of oct explaining the situation for my requested Solution, I asked to speak with Internal Affairs
                                                            → NEXT PAGE

IF YOU NEED ADDITIONAL SPACE, ATTACH A SEPARATE SHEETS OF PAPER

SGT. MCGEE, So I could press street charges against the inmate who assaulted me, The Grievance committee agreed with my Solution, but I never had a proper Grievance Hearing, only one Inmate Grievance committee member Came to talk to me and told me that they agree with my solution, I never received a copy of my Grievance Response, Nov 4TH 2010, I wrote another Grievance on the same situation and it come up missing, I have copies to prove it, I also have copies made of a letter that I wrote to the Deputy Warden Ms. Johnson, I explained to her about this situation, I also have correctional officers witness the inmate who assaulted me say that he did assaulted me, ON Nov 19TH 2010, SGT MCGEE did come to the unit to do a pod search of the whole unit around 5:00 am he said that he came to interview me about the situation that took place on Oct 26TH 2010, That is not true, How are you goin to interview someone when you are conducting a pod search.

Grievance policy and procedures 501.01. it states. it is the Departments desire that grievances be resolved in an expeditious manner at the lowest possible level in the department, So therefore I am asking for Restitution

6

V.    RELIEF REQUESTED:  List what you want the Court to do;  list what relief you
      seek against each defendant:

A. #20,000.00 — T·D·D·C

B. #10,000.00 — S·P·N D

C. #500.00 — C/o Howell

D. #500.00 — C/o. M^c Cord

E. #500.00 — SGT, Hollar

I (we) hereby certify under penalty of perjury that the above complaint is true to the best
of my (our) information, knowledge and belief.

Signed this _____ day of _____, 20 10 .

Signature: _DeMario D.Driver_

Prison ID Number: _417678_

Address: _7575 COCKRILL BEND Blvd_

_NASHVille, TN 37209_
(Include city, state and zip code)

Signature: _not applicable_

Prison ID Number: _not applicable_

Address: _not applicable_

_____
(Include city, state and zip code)

Signature: _not applicable_

Prison ID Number: _not applicable_

Address: _____

_____
(Include city, state and zip code)

ALL PLAINTIFFS <u>MUST SIGN</u> THE COMPLAINT.  If there are more than three plaintiffs, attach
additional signatures with prison identification numbers and addresses.

7

# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE

DEMARIO DRIVER          417678          D.S.N.F
NAME                    NUMBER          INSTITUTION & UNIT

DESCRIPTION OF PROBLEM _I filled out a Grievance Form on the 26th of Oct 2010 about a situation were I was Assaulted by an inmate on a lower custody level than me. My Requested Solution was, i asked to talk with internal Affairs_

REQUESTED SOLUTION _3 need to talk to SGT. McGEE internal Affairs officer A.S.A.P. i have asked to speak with him in my last Grievance, my Requested Solution was not Granted.∞_

DeMario Driver _____          Nov 4TH 2010
Signature of Grievant                Date

### TO BE COMPLETED BY GRIEVANCE CLERK

_____ Grievance Number    _____ Date Received    _____ Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE _____

AUTHORIZED EXTENSION _____          _____
                      New Due Date                Signature of Grievant

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence _____

Chairperson's Response and Reason(s) _____

DATE _____    CHAIRPERSON _____

Do you wish to appeal this response?    _____ YES    _____ NO

If yes    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response

_____ GRIEVANT    _____ DATE    _____ WITNESS

Distribution upon final resolution

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev 3-00)          Page 1 of 2          RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM _SGT. McGEE, SO I could press street charges against the other inmate, SGT McGEE has not came and spoke with me at all. I have sent him serval inmate Request forms, I even told L.T Scott, SGT Huiier, and SGT. Johnson THAT I needed to talk to him, And each one said they'll let him know, it is important that I speak with SGT. McGEE._

_p.s. I would like to have a full Grievance Hearing, because I didnt have one last time, Nor did I Receive A copy of my Grievance response._

_Thank you_

_RIVER # 417678_



# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE (continuation sheet)

DESCRIPTION OF PROBLEM _____ Nov 5TH 2010

I De'MARIO DRIVER Is Goin through some things
Ive Asked THE OFFICERS, To Help me with this
Matter, THEY ARE REFUSING TO Talk To me.

They are not TRYIN TO Help ME, IVE filled out Grievance
about this issue, Problem not solved, So I feel like
I Have to Do things out my character to get things done
I HAVE been doing every thing in my will power to stay
humble, Respectful.

2 THIS IS written Polf To Medical Staff of why this
is happening. So please file this letter in my medical files
I cant get officers to help me, while ~~the case closed~~
i have a cool image,

So I have to take matters a little futher Because I note
when your tryin to do the right thing by askin with Respect
you get the run around,

AND WHEN you do something crazy THEY're quick to come
to your Aid. THANK you FOR you understanding

DEMARIO DRIVER
# 417678



STATE OF TENNESSEE
**DEPARTMENT OF CORRECTION**
5TH FLOOR RACHEL JACKSON BLDG
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465

# MEMORANDUM

Inmate Name: ___Demarie Driver___   TDOC Number: ___417678___

Institution: ___DSNF___   Housing Unit: _____

Institution Grievance Number: ___11228___   TOMIS Grievance Number: ___228992___

Commissioner's Response and Reasons:

☐ Concur with Warden   ☒ Concur with Supervisor

___1/6/11___
Date

___Rh Hole___
Assistant Commissioner, Operations

GR-1A

# D.S.N.F. Inmate Grievance Committee Hearing Minutes

**Date:**     **12/21/10**     **Time: 8:10 A.M.**

**Grievance #00228992/11228**

**Cpl. Davis**
**Grievance Chairperson**

**Grievant Name and TDOC#**
**Demario Driver #417678**

**Harry D. Webb #306777**
**Grievance Clerk**

**Natasha Holt**
**Staff Committee Member**

**Leslie Norris #370665**
**Inmate Committee Member**

**Ralph Thomas**
**Staff Committee Member**

**Douglas Brown#103295**
**Inmate Committee Member**

## Minutes

| | |
|---|---|
| Chairperson | Read the Grievance and Supervisors response  Asked grievant if he has anything to add |
| Grievant | Stated that Sgt  Megee has given me the run around and not trying to help me with anything |
| Committee, | Concurred with the supervisors response  No further action is recommended. |



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

| DEMARIO DRIVER | 417678 | DSNF/7-F | 00228992/11228 |
|---|---|---|---|
| NAME | NUMBER | INSTITUTION & UNIT | GRIEVANCE NUMBER |

Summary of Evidence and Testimony Presented to Committee  READ GRIEVAnce aND SUPERVISORS
RESPONSE.

Inmate Grievance Committee's Response and Reasons  CONCURRED WITH THE SUPERVISORS RESPONSE.
NO FURTHER ACTION IS RECOMMENDED.

| 12-21-10 | | |
|---|---|---|
| DATE | CHAIRMAN | MEMBER |
| MEMBER | MEMBER | MEMBER |

Warden's Response    Agrees with Proposed Response    ☒

Disagrees with Proposed Response    ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken  No further action is required

DATE 12/22/10    WARDEN'S SIGNATURE _____

Do you wish to appeal this response?    ✓ YES    NO

If yes    Sign, date, and return to chairman for processing    Grievant may attach supplemental clarification of issues or rebuttal/reaction
to previous responses if so desired

Move to Level 3    12/29/10
GRIEVANT                    DATE                    WITNESS

Commissioner's Response and Reason(s) _____

_____

DATE                    SIGNATURE

Distribution Upon Final Resolution
    White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev 3-00)

RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE

DEMARIO DRIVER
_____
NAME

417678
_____
NUMBER

DSNF - 7c
_____
INSTITUTION & UNIT

DESCRIPTION OF PROBLEM _THIS THE 3rd Grievance I've wrote about the same situation I HAVE NOT Been getting A response. I WANTED TO TAlK TO INTERNal Affairs about pressin charges on inmate_

REQUESTED SOLUTION _I Need to ☞ Know Were ARE the Grievances ☞ THAT I wrote, NOV 4TH 2010 and oN THE 26TH OR 27TH OF OCT, 2010._

De'MARIo DRIVER
_____
Signature of Grievant

NOV 22 2010
_____
Date

---

*TO BE COMPLETED BY GRIEVANCE CLERK*

00228992/11228
_____
Grievance Number

12-8-10
_____
Date Received

_____
Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE _____

AUTHORIZED EXTENSION _____
New Due Date

_____
Signature of Grievant

---

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence _SEE CR-3148 ATTACHED._

Chairperson's Response and Reason(s) _CONCURRED WITH THE SUPERVISORS RESPONSE.]_
_NO FURTHER ACTION IS RECOMMENDED._

DATE _12-16-10_      CHAIRPERSON _||PL.DAVIS_

Do you wish to appeal this response? _XX_ YES _____ NO

If yes    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response

MOVE TO LEVEL 2
_____
GRIEVANT

12-16-10
_____
DATE

_____
WITNESS

Distribution upon final resolution

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev 3-00)                    Page 1 of 2                    RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM *Mc GEE HAS'NT come to see me so, now Im fileing a lawsuit against T.D.O.C And S.P.N.F Because I Am A max inmate, And WAS Assaulted By a lower level inmate ~~Post order~~*

*PLEASE CHECK THE POST ORDER ON MAX inmates, And P.C. inmates,*

*WHAT IS HAPPENING TO my ~~post~~ past WRITTEN GRIEVANCES*

*I would like to HAVE THIS Grievance sent to the warden for an Answer, After that I WANT it To go To the Commissioner so that I HAVE GROUND TO STAND IN COURT.*

*DeMano Driver,*

Distribution upon final resolution



# TENNESSEE DEPARTMENT OF CORRECTION
## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE ___12-8-10___

Please respond to the attached grievance, indicating any action taken

Date Due ___12-13-10___

| 00228992/11228 | DEMARIO DRIVER | 417678 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number |

N

I DID IN FACT COME TO YOUR UNIT TO INTERVIEW YOU CONCERNING ONE OF YOUR ALLEGATIONS. WHILE I WAS ATTEMPTING TO CONDUCT AN INTERVIEW YOU STARTED USING PROFANITY AND CALLING STAFF AND MYSELF PROFANE NAMES. I CAUTIONED YOU THAT YOUR BEHAVIOR WAS UNACCEPTABLE AT THIS TIME YOU BECAME AGITATED AND STARTED ACTING IN A THREATENING MANNER, I THEN CONCLUDED THE INTERVIEW.

_Larry mc yee_
SIGNATURE

12-13-10
DATE

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner
CR-3148 (Rev 3-00)

RDA 2244



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
**LOIS M DeBERRY SPECIAL NEEDS FACILITY**
**7575 COCKRILL BEND BOULEVARD**
**NASHVILLE, TENNESSEE 37209-1057**
**TELEPHONE (615) 350-2700 ● FAX (615) 350-2812**

**MEMORANDUM:**

**TO:**          **Sgt. Megee**

**FROM:**      **Cpl. Davis, Grievance Chairperson**

**DATE:**      **Dec.8, 2010**

**RE:**          **Inmate Grievance #00228992/11228**

**Inmate(s):**  **Demario Driver #417678**

**Has filed a grievance(s) against your department. Pursuant to TDOC Policy**
**#501.01** <u>INMATE GRIEVANCE PROCEDURES</u> *AND* **THE TDOC** <u>INMATE GRIEVANCE</u>
<u>PROCEDURE HANDBOOK,</u> **The Chairperson shall review all grievances or complaints and forward them for action to the first line supervisor of the employee or department involved in the grievance, for a sign written response on form CR-3148.**

**The supervisor shall return his/her signed response within** <u>three (3) working days of receipt.</u>

**THIS IS AN ACA MANDATE AND NO EXCEPTIONS WILL BE ALLOWED.**

**Attached is a copy of the aforementioned grievance(s) and form CR-3148. Please return your** <u>signed response</u> **to the grievance Chairperson by dropping it in any grievance box or the locked depository adjacent to the mailroom in the Administration Building.**

# YOUR SIGNED RESPONSE IS DUE ON: Dec.13, 2010.

DEYNARD DRYVER # 417678
D. S. N.F
7575 cockrill Band Blvd
Nashville, Tennessee 37209

To: THE DUPTY WARDEN, MS johnson
State of Tennessee Department of correction
Lois M. Dabery special needs facility
7575 cockrill Bend Blvd
Nashville, Tennessee 37209

Mailing Date: Friday nite. Nov·○5TH 2010

Dear, Ms. Johnson :::                                    11.4TH.2010

I hope and pray that this letter finds you at your best and that your being strong in faith Mentally and spiritually. I also wanted to send you my peace, blessings and upmost Respect to you as a whole ...

There is un important issue that I need to discuss with you, and the issue is, on the 26TH of Oct 2010, i was assaulted by an Inmate that is on a lower custody level, "I am a max Inmate". Well on the 26TH of Oct 26 I was took out side for rec, once I was out there I seen a Inmate that I had problems with, Right then and there, I told SGT. Huller and the two pod officers to take him in, "His hour of rec was over" I told them that the Inmate was gone to hit me with human feces, But the officers did not listen to me, Instead they took someone else in, So when SGT. Huller and the two pod officers went in, I was hit with human feces, I was brought in by staff. I asked to see the nurse, But the nurse never came to see me. The officers wrote the Inmate up for assaulting me, but it was never pocessed because one of the SGT. said that no one witnessed the assault happen.

I filled out a Grievance form on the 26TH of oct, explaining the situation for my Requested Solution: I asked to speak with Internal Affairs SGT. MCGEE, So I could press street charges against the Inmate who assaulted me, The Grievance committee agreed with my Solution, but I never had a proper Grievance Hearing only one Inmate Grievance committee member came to talk to Me, and told me that they agree with my Solution. I never received a copy of my Grievance Response, The main issue is That I been waitin on Internal Affairs officers to come talk to me, I have sent him serval Inmate Request forms, I even told L.T SCOTT, SGT. Huller and SGT. Johnson that I needed to talk to Internal Affairs

and they said they let him know), but he still hasn't come to speak with me, The Reason the Grievance committee agreed with my Solution was because they seen the assault take place on the camera,

I'm writing you to see if you can help me resolve this matter, my next step is to write to the Director of Internal Affairs at Bomar Boulevard, I also plan to write Tennessee Human Rights commission and the U.S. Department of justice office if this situation isn't resolved properly, because serval of my Inmate Rights have been violated to my understand of T.D.O.C policies.

with all that been said I close this letter with PEACE and Blessings

Respectfully Submitted!

E' MARIO DRIVER # 417678

Thanks for your time

p.s. I also have two officers that heard the Inmate say that he threw human feces in my face.

# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE

DEMARIO DRIVER
NAME

417678
NUMBER

D.S.N.F
INSTITUTION & UNIT

DESCRIPTION OF PROBLEM  I filled out a Grievance form on the 26th of Oct 2010 about a situation were I was Assulted by an inmate on a lower custody level than me. My Requested Solution was, I asked to talk with Internal Affairs

REQUESTED SOLUTION  I need to talk to Sgt. McGee, Internal Affairs Officer E.S.A.P. I want Asked To speak with him in my Last Grievance, my Requested Solution was not Granted. oo

DeMario Driver
Signature of Grievant

Nov 4th 2010
Date

### TO BE COMPLETED BY GRIEVANCE CLERK

Grievance Number _____  Date Received _____  Signature Of Grievance Clerk _____

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE _____

AUTHORIZED EXTENSION _____
New Due Date

Signature of Grievant _____

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence _____

Chairperson's Response and Reason(s) _____

DATE _____  CHAIRPERSON _____

Do you wish to appeal this response? _____ YES  _____ NO

If yes  Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response

GRIEVANT _____  DATE _____  WITNESS _____

Distribution upon final resolution

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev 3-00)                 Page 1 of 2                 RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**       **(continuation sheet)**

DESCRIPTION OF PROBLEM  SGT. MCGEE, SO I could press street charges against the other inmate, SGT. McGee has not came and spoke with me at all. I have sent him serval inmate Request forms, I even told L.T SCOTT, SGT Huiler, AND SGT. JOHNSON THAT I needed to talk to him, AND each one said they'll let him know, it is important that I speak with SGT. McGEE.

P.S. I would like to have a full Grievance Hearing, because I didnt have one last time NOR did I receive A copy of my Grievance response.

Thank you!

RIVER # 417678

Distribution upon final resolution

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

DE'MARIO Q DRIVER #417678
7575 COCKrill BEND Blvd
NASHVILLE, TN 37209



Nashville P&DC 372
THU 03 FEB 2011 PM

Clerk, U.S. District court
800 U.S. Courthouse
801 Broadway
NASHville, TN 37203

RECEIVED
FEB - 4 2011
U S DISTRICT COURT
MIDDLE DISTRICT OF TENN